IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| HARRY JOHNSON, | * | |
| Claimant, | * | |
| v. | * | CASE NO. 4:03-CV-37 (CDL) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | * | |
| | * | |
| Defendant. | | |

**<u>RECOMMENDATION</u>**

Presently pending before the Court is Petitioner's (Claimant's attorney) Motion for Attorney's Fees pursuant to the Social Security Act. (R-30). The record reveals that on September 4, 2003, Claimant's Social Security Appeal was remanded for further review. Thereafter, On March 4, 2004, Petitioner was awarded $2,562.02 in attorney's fees pursuant to the Equal Justice Act ("EAJA") 28 U.S.C. § 2412 (d).

In a Notice of Award dated June 3, 2007, the Social Security Administration determined that Claimant was disabled and awarded past due benefits from December 1995 to May 2007 in the amount of $124, 537.50. (R-30-4, p. 3). In that Notice, Claimant was notified that the Social Security Administration was withholding the standard maximum amount payable under the fee agreement, twenty-five percent, of the past due benefits with which to pay Claimant's attorney's fees. That amount equaled $31,134.58. Thereafter, on June 7, 2007, Petitioner filed the current Motion for Attorney's Fees, stating that Claimant and Petitioner signed a contingency fee agreement in which Claimant had agreed to pay

Petitioner 25% of any past due benefits which could be awarded. (R-30-2, p. 1). Petitioner further asserted in his Brief that he performed 30.40 hours of attorney services over a one-year period on Claimant's behalf. *Id.* at 2. Petitioner also affirmed that Claimant has filed no objection to his request for attorney's fees. *Id.* at 3.

Pursuant to the holding in *Gisbrecht v. Barnhart,* therefore, it appears that Petitioner's request for the award of attorney's fees in the amount of $31,134.58 is not unreasonable. *See Gisbrecht v. Barnhart,* 535 U.S. 789 (2002). A review of similar cases in this Circuit fails to reveal that Petitioner's request is otherwise.

WHEREFORE, it is hereby RECOMMENDED that Petitioner's Motion for Attorney's Fees be GRANTED in the amount of $31,134.58. Pursuant to 28 U.S.C. § 636(b)(1), either party may serve and file written objections to this recommendation with the United States District Judge to whom this case is assigned within ten (10) days after being served a copy of this Recommendation.

**SO RECOMMENDED**, this 6th day of November, 2007.

S/G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE

eSw