IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HARRY JOHNSON,                        *

    Plaintiff                      *
                                  CASE NO. 4:03-CV-37 (CDL)
vs.                                   *

Michael J. Astrue, Commissioner       *
of Social Security
                                *
    Defendant
                                *

ORDER ON RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation of the United States Magistrate Judge filed November 6, 2007, has been read and considered and is hereby approved, adopted, and made the Order of the Court. Accordingly, the Plaintiff's Motion for Attorney's Fees is granted.

IT IS SO ORDERED, this 3rd day of December, 2007.

                                                    S/Clay D. Land
                                                        CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE